UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONCEPCION FLORES individually *and on behalf of all other employees similarly situated*<br><br>Plaintiff,<br><br>-v-<br><br>LUNA'S RESTAURANT INC. (LUNA'S MEXICAN RESTAURANT) ELVIA LUNA AND IRAIS TELLEZ) jointly *and severally*. | Case No: 1:19-cv-06886<br><br>NOTICE OF VOLUNTARY DISMISSAL OF ACTION <u>WITHOUT</u> PREJUDICE |

**NOW, THEREFORE,** Plaintiff CONCEPCION FLORES hereby dismiss this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: August 6, 2020            STILLMAN LEGAL, P.C.

_____

Attorneys for Plaintiff,

-1-

NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE;